**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No.: 24-cv-1096-MEH**

TONY KELLY

      Plaintiff,

v.

JAYMA CARDOSO, JCLP HOSPITALITY LLC d/b/a The Snow Lodge, JC HOSPITALITY ASPEN LLC d/b/a The Snow Lodge, STEPHANE DE BAETS, ELEVATED RETURNS, LLC, and CHEF'S CLUB ASPEN, INC.

      Defendants.

---

## DEFENDANTS ELEVATED RETURNS, LLC AND CHEF'S CLUB ASPEN, INC.'S CORPORATE DISCLOSURE STATEMENT

---

Pursuant to Fed. R. Civ. P. 7.1, Defendants Elevated Returns, LLC ("Elevated"), and Chef's Club Aspen, Inc. ("Chef's Club") (collectively "Secondary Defendants"), by and through counsel, Garfield & Hecht, P.C., submits this Corporate Disclosure Statement and certifies that:

Secondary Defendants are nongovernmental corporate entities. Elevated does not have any parent corporations or publicly held corporations owning 10% or more of its stock because Elevated, as a limited liability company, has not issued any stock. Likewise, there are no corporations or publicly held corporations that own 10% or more of Chef's Clubs' stock.

DATED this 10th day of June, 2024.      Respectfully submitted,

*/s/ Macklin Henderson*
Christopher D. Bryan
Macklin Henderson
GARFIELD & HECHT, P.C.
625 East Hyman Avenue, Suite 201
Aspen, Colorado 81611

Telephone: (970) 925-1936
Fax: (970) 925-3008
E-mail: cbryan@garfieldhecht.com
E-mail: mhenderson@garfieldhecht.com
*Attorneys for Secondary Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 10th day of June, 2024, a true and correct copy of the foregoing **DEFENDANTS ELEVATED RETURNS, LLC, AND CHEF'S CLUB ASPEN, INC.'S CORPORATE DISCLOSURE STATEMENT** was filed and served via CM/ECF upon all parties of record.

*/s/ Rebekah Ortell*
Rebekah Ortell

3030670.1