IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01096-MEH

TONY KELLY,

    Plaintiff,

v.

JAYMA CARDOSO,
JCLP HOSPITALITY LLC, d/b/a The Snow Lodge,
JC HOSPITALITY ASPEN LLC, d/b/a The Snow Lodge,
STEPHANE DE BAETS,
ELEVATED RETURNS, LLC, and
CHEF'S CLUB ASPEN, INC.,

    Defendants.

---

## ORDER

---

**Michael E. Hegarty, Chief United States Magistrate Judge.**

    The Parties have filed a "Joint Stipulation of Dismissal." ECF 40. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Stipulation is self-effectuating. Plaintiff claims against the Defendants were dismissed with prejudice as of the filing of the Stipulation, with each Party to bear his or its own fees and costs except as otherwise agreed between the Parties. Defendants Stephane De Baets, Elevated Returns, LLC and Chefs Club Aspen, Inc.'s cross-claims against Jayma Cardoso, JCLP Hospitality LLC d/b/a The Snow Lodge, and JC Hospitality Aspen LLC d/b/a The Snow Lodge, were dismissed without prejudice as of the filing of the Stipulation.

    The Clerk of Court shall **close** this case.

Dated and entered at Denver, Colorado, this 17th day of September 2024.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
Chief United States Magistrate Judge